UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MAURICE HUGHES,

    Plaintiff,

    v.

                                           Civil Action 2:11-cv-632
                                         Judge George C. Smith
                                         Magistrate Judge E.A. Preston Deavers

MIAMI JACOBS CAREER COLLEGE, *et al.*,

    Defendants.

## ORDER

    This matter is before the Court for consideration of the United States Magistrate Judge's September 14, 2011 Report and Recommendation. (ECF No. 5.) The Magistrate Judge conducted an initial screen of Plaintiff's Complaint as required by 28 U.S.C. § 1915(e)(2) and recommended that the Court dismiss this action for failure to assert any claim with an arguable basis in law over which this Court has subject matter jurisdiction.

    The Report and Recommendation of the Magistrate Judge specifically advises parties that the failure to object to the Report and Recommendation within fourteen days of the Report results in a "waiver of the right to de novo review . . . by the District Judge and waiver of the right to appeal the judgment of the District Court." (Report and Recommendation 7, ECF No. 5.) The time period for filing objections to the Report and Recommendation has expired. Plaintiff has not objected to the Report and Recommendation.

    The Court has reviewed the Report and Recommendation. Noting that no objections have been filed and that the time for filing such objections expired, the Court **ADOPTS** the Report and

Recommendation.  Accordingly, Plaintiff's Complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

    **IT IS SO ORDERED.**

                                          */s/ George C. Smith*
                                          **GEORGE C. SMITH, JUDGE**
                                          **UNITED STATES DISTRICT COURT**